# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                            **PLAINTIFF**

**V.**                          **CASE NO. 3:15-CV-00086 JM/BD**

**LARRY MILLS, et al.**                                                                           **DEFENDANTS**

## ORDER

Mr. Addison has moved to voluntarily dismiss his claims against Defendant Larry Mills. (Docket entry #19) The motion (#19) is GRANTED. Mr. Addison's claims against Defendant Mills are DISMISSED, without prejudice.

IT IS SO ORDERED this 4th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE