# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:15-CV-00086 JM/BD**

**LARRY MILLS, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Addison's claims against the Doe defendants are DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE