**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NICHOLAS CORTEZ ADDISON**                                                              **PLAINTIFF**

**V.**                            **CASE NO. 3:15-CV-86 BD**

**JOEY MARTIN**                                                                                     **DEFENDANT**

## ORDER

Plaintiff Nicholas Addison and Defendant Joey Martin have settled all issues between them. Mr. Martin will pay Mr. Addison $1500. The Clerk of Court will reimburse Mr. Addison for any filing fee already paid and will not collect any additional filing fee for this case. Mr. Addison waives any right to attorneys' fees. His attorney will apply for reimbursement of costs from the Library Fund.

The parties have agreed to the dismissal of all of Plaintiff's claims. Accordingly, all claims in this action are DISMISSED, with prejudice.

DATED this 14th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE