# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                      **PLAINTIFF**

**V.**                            **CASE NO. 3:15-CV-86 BD**

**JOEY MARTIN**                                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 14th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE