# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                 **PLAINTIFF**

V.                              **CASE NO. 3:15-CV-86 BD**

**JOEY MARTIN**                                                                              **DEFENDANT**

## ORDER

Pending is an application for reimbursement of expenses filed by Plaintiff's court-appointed attorney Ryan M. Wilson.  (Docket entry #75)  Having considered the pending application under the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court distribute to Mr. Wilson the amount of $462.92 from the Library Fund.  A copy of this Order, together with the application (#75), will be placed in the Library Fund file maintained by the Clerk of the Court.  See Local Rule 83.6.

The application (#75) is GRANTED, this 16th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE